## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DANNY MARTA,

        Plaintiff,

                                                    No.  23 CV 192

vs.

CITY OF LAS CRUCES and
MISAEL IBARRA, in his
individual and official capacities,

        Defendants.

## NOTICE OF REMOVAL

Defendants City of Las Cruces and Misael Ibarra, in his individual and official capacities, (hereinafter "Defendants"), by and through their attorneys, MYNATT MARTÍNEZ SPRINGER P.C., (Haley R. Grant), hereby remove this action to the United States District Court for the District of New Mexico.  In support of removal, Defendants state as follows:

1.     Defendant City of Las Cruces is an entity in the State of New Mexico with its principal place of business in New Mexico.

2.     Defendant Misael Ibarra is an employee of the City of Las Cruces.

3.     Upon information and belief, Plaintiff is a resident of the State of New Mexico.

4.     This Court has jurisdiction under 28 U.S.C. § 1441, in that Plaintiff alleges that this cause of action arises under the United States Constitution, particularly under provisions of the Fourth Amendments to the United States Constitution and under 42 U.S.C. § § 1983, as well as the New Mexico Constitution and New Mexico Tort Claims Act NMSA 1978 § 41-4-12.

5.   The United States District Court for the District of New Mexico is the proper Court to remove actions from the Third Judicial District Court for the State of New Mexico.

6.   Pursuant to 28 U.S.C. § 1446, Defendant is attaching a copy of all process, pleadings, and orders that have been filed in this matter as Exhibit A.

7.   Pursuant to 28 U.S.C. § 1446(b), this Notice of Removal is timely, because it is filed within thirty (30) days after receipt by the Defendants, through service or otherwise, of a copy of an initial pleading setting forth the claim for relief.

WHEREFORE, Defendants hereby give notice that this action is removed to the United States District Court for the District of New Mexico.

Respectfully submitted,

MYNATT MARTÍNEZ SPRINGER P.C.

By:   _____
HALEY R. GRANT
N.M. State Bar No. 145671
P.O. Box 2699
Las Cruces, New Mexico 88004-2699
Telephone:  (575) 524-8812
Fax::       (575) 524-0726
hrg@mmslawpc.com
*Attorneys for Defendants*

*Notice of Removal*
2

## CERTIFICATE OF MAILING

I hereby certify that a true copy of the foregoing pleading was emailed to opposing counsel of record, Christopher K.P. Cardenas, 602 N. Alameda Blvd, Las Cruces, NM 88005 ccardenaslaw@gmail.com on this ____7th____ day of March 2023.

_____
HALEY R. GRANT