IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY MARTA,

    Plaintiff,

v.                                                 No. 2:23-cv-192 GBW/KRS

CITY OF LAS CRUCES, and
MISAEL IBARRA, in his individual and
Official capacities,

    Defendants.

**ORDER TO NOTIFY THE COURT REGARDING STATUS OF
MOTION TO STAY DISCOVERY PROCEEDINGS (Doc. 48)**

THIS MATTER is before the Court *sua sponte*. Defendants filed an opposed Motion to Stay Discovery Proceedings on November 30, 2023. (Doc. 48). Plaintiff has not filed a response to the Motion to Stay Discovery Proceedings and the time for doing so has passed. Defendants have not filed a Notice of Completion of Briefing. Accordingly, the parties shall file a notice with the Court **by January 10, 2024** as to whether the Motion to Stay Discovery Proceedings is still being briefed or is ready for ruling.

                                                                     _____
                                                                     KEVIN R. SWEAZEA
                                                                     UNITED STATES MAGISTRATE JUDGE