IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DANNY MARTA,

      Plaintiff,                             No. 2:23-cv-00192-GBW/KRS

vs.

CITY OF LAS CRUCES and
MISAEL IBARRA, in his
individual and official capacities,

      Defendants.

## ORDER GRANTING JOINT MOTION TO STAY DISCOVERY PROCEEDINGS

**THIS MATTER** came before the Court on the parties' *Joint Motion to Stay All Discovery Proceedings* [Doc. 63]. The Court having been advised that the motion is unopposed, finds there is good cause to grant the motion, and therefore grants the same.

**IT IS THEREFORE ORDERED** that discovery in this matter is stayed pending a ruling on Defendants' Motion for Qualified Immunity and Summary Judgment [Doc. 46].

_____
THE HONORABLE KEVIN R. SWEAZEA
UNITED STATES MAGISTRATE JUDGE

Respectfully submitted,

MYNATT SPRINGER P.C.

 /s/  *Electronically Submitted December 28th, 2023*
BLAINE T. MYNATT
N.M. Bar No. 9471
HALEY R. GRANT
N.M. Bar No. 145671
Las Cruces, NM  88004-2699
(575) 524-8812
btm@mynattspringer.com
hrg@mynattspringer.com
*Attorneys for City Defendants*


Approved:

CARDENAS LAW FIRM, LLC

*Approved via email on January 3, 2023*
Christopher K.P. Cardenas
602 N. Alameda Blvd.
Las Cruces, NM 88005
(575) 650-6003
ccardenaslaw@gmail.com
*Attorney for Plaintiff*